DIB
F.# 2024R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SHANE HENNEN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

25-mj-00006

    Upon the application of CAROLYN POKORNY, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney David I. Berman, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

    WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           January 12, 2025

*Lois Bloom*
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK